■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN CRISTALLO, Appellant.

The issues raised by defendant concerning his plea of guilty were not presented to the court of first instance by way of motion to withdraw the plea or vacate the judgment. Accordingly, the issues have not been preserved for review (*see, People v Pellegrino,* 60 NY2d 636; *People v Harris,* 100 AD2d 853; *People v Willie,* 101 AD2d 819). Mangano, J. P., Gibbons, Niehoff and Lawrence, JJ., concur.